# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMUEL OLATUBOSUN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV260 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EASTERN NEBRASKA HUMAN SERVICES AGENCY, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion for an enlargement of time (Filing No. 37) and defendant's brief in opposition (Filing No. 38).

**IT IS ORDERED:**

A **telephone** conference with the undersigned magistrate judge will be held on **June 24, 2008** at **3:00 p.m.** for the parties to argue the motion.  Plaintiff's counsel shall initiate the telephone conference.

Dated this 20th day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge