## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMUEL OLATUBOSUN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV260 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EASTERN NEBRASKA HUMAN SERVICES AGENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court after a telephone conference with counsel for the parties. The parties discussed the progression of the case and the plaintiff's motion for an enlargement of time (Filing No. 37). Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motion for an enlargement of time (Filing No. 37) is granted to the extent the plaintiff shall have an extension until **June 30, 2008**, to file his proposed witness list to include only non-expert witnesses.

2. The parties shall have to **on or before July 30, 2008**, to complete discovery.

3. This order does not change any other remaining deadlines from the Order Setting Final Schedule for Progression of Case (Filing No. 17).

Dated this 25th day of June, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge