IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMUEL OLATUBOSUN, | ) | CASE NO. 8:07-CV-00260 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| EASTERN NEBRASKA HUMAN | ) | |
| SERVICES AGENCY (ENHSA), | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal with Prejudice (Filing No. 59) is approved;
2. The Complaint and all claims in this action are dismissed with prejudice; and
3. The parties shall pay their own costs and attorney's fees.

DATED this 28th day of October, 2008.

BY THE COURT:

**s/ Joseph F. Bataillon**
United States District Judge