IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR260 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| TARVORIS ORASTIN HARPER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the court is defendant's "Discovery Production of Document Known as PDF." The court notes that "PDF" (Portable Document Format) is a file format created by the Adobe Systems that allows the reading of electronic documents, exactly as they appear in printed form, either on or off line. All paper filings are converted to PDF when filed in CM/ECF. As a pro se defendant, Mr. Harper receives notice and paper copies of filings by United States mail in CM/ECF. According, Mr. Harper's "Discovery Production of Document Known as PDF" is denied as moot.

SO ORDERED.

DATED this 21st day of July, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge